*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   February 5, 2015                    519455
_____

In the Matter of the Claim of
    ALEXANDRA E. SIMONS,
                        Respondent.

MOBILE DIAGNOSTIC TESTING
    SERVICES INC.,                         MEMORANDUM AND ORDER
                        Appellant.

COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:   December 2, 2014

Before:   McCarthy, J.P., Egan Jr., Lynch and Clark, JJ.

_____

        Hodgson Russ, LLP, Buffalo (Joseph S. Brown of counsel),
for appellant.

        Sanders & Sanders, Cheektowaga (Harvey P. Sanders of
counsel), for Alexandra E. Simons, respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed September 16, 2013, which ruled that claimant was
entitled to receive unemployment insurance benefits.

        Decision affirmed.  No opinion.

        McCarthy, J.P., Egan Jr., Lynch and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court